Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.

BARHAM, J., recused.

208 So.2d 323

**Weldon VIATOR**

**v.**

**Thomas N. GILBERT, Coating Specialists, Inc., Westchester Fire Insurance Company and John E. Wilkinson.**

No. 49142.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

208 So.2d 323

**Weldon VIATOR**

**v.**

**Thomas N. GILBERT, Coating Specialists, Inc., Westchester Fire Insurance Company and John E. Wilkinson.**

No. 49143.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.